UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.:   8:06-cr-488-T-23MSS

OSTOJA SARIC
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The defendant moved to suppress (Doc. 38) certain statements, the United States objected (Doc. 44) to the motion, and the matter was referred (Doc. 47) to the magistrate judge for a report and recommendation.  On June 22, 2007, the magistrate judge conducted a hearing and on July 16, 2007, issued her report and recommendation (Doc. 60).  No party has objected and the time within which to object is expired.

Upon consideration of the magistrate judge's report and recommendation and this Court's independent examination of the file, the report and recommendation is adopted and the motion to suppress (Doc. 38) is **DENIED**.

ORDERED in Tampa, Florida, on August 6, 2007.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE